# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| SAMUEL SCOTT PAGE<br>*Plaintiff*<br>v.<br>ROCKINGHAM COUNTY and P. KEVIN BERGER<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-606 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Rockingham County and P. Kevin Berger .

Date: 09/21/2026

/s/ Walker Helms
*Attorney's signature*

Walker Helms, N.C. State Bar #59774
*Printed name and bar number*

Baker, Donelson, Bearman, Caldwell, & Berkowitz PC
100 N. Main Street, Suite 2300
Winston-Salem, NC 27101
*Address*

whelms@bakerdonelson.com
*E-mail address*

(336) 546-9800
*Telephone number*

*FAX number*