# Exhibit A

## AN ORDINANCE TO MAKE APPROPRIATIONS FOR THE CURRENT OPERATIONS OF ROCKINGHAM COUNTY FOR THE FISCAL YEAR 2024-25

**BE IT ORDAINED** by the Board of Commissioners of Rockingham County, North Carolina:

**Section 1.** It is estimated that the following revenues will be available for the fiscal year beginning July 1, 2024 and ending June 30, 2025:

### GENERAL GOVERNMENT TYPE REVENUES

| | | |
|---|---|---|
| General Fund | | |
| Ad Valorem Taxes | | $ 70,424,361 |
| Other Taxes and Licenses | | 19,689,000 |
| Unrestricted Intergovernmental | | 220,000 |
| Restricted Intergovernmental | | 15,700,579 |
| Permits and Fees | | 1,114,500 |
| Sales and Services | | 9,660,014 |
| Investment Earnings | | 2,100,000 |
| Miscellaneous | | 769,682 |
| Other Financing Sources | | 1,325,544 |
| Fund Balance Appropriated | | 4,705,089 |
| Total Estimated Revenues | | $ 125,708,769 |
| Debt Service Fund | | $ 6,398,426 |

### SPECIAL REVENUE TYPE REVENUES

| | | |
|---|---|---|
| Administrative Capital Reserve Fund | | |
| Transfer from General Fund | $ 4,831,738 | |
| Interest Earned | 160,000 | |
| Fund Balance Appropriated | 434,162 | |
| Total Estimated Revenues | | $ 5,425,900 |
| School Capital Reserve Fund | | |
| Restricted Sales Tax | $ 5,850,000 | |
| School Capital Fund | 770,000 | |
| Total Estimated Revenues | | $ 6,620,000 |
| Fire District Funds | | |
| Ad Valorem Taxes | $ 5,431,775 | |
| Fund Balance Appropriated | 552,300 | |
| Total Estimated Revenues | | $ 5,984,075 |
| Emergency Telephone Fund | | |
| Fund Balance Appropriated | | $ 389,050 |

| | | | | |
|---|---|---|---|---|
| Stoneville Library-Vera Holland Fund | | | | |
| Interest Distribution / Donations / Rents | | | $ | 50,000 |
| Vera Holland Ctr-V Holland Fund | | | | |
| Interest Distribution / Donations | | | $ | 37,400 |
| Register of Deeds Fees Fund | | | | |
| ROD Fees | | | $ | 599,500 |
| Fines & Forfeitures Fund | | | | |
| Fines & Forfeitures | | | $ | 600,000 |
| DSS-Representative Payee Fund | | | | |
| DSS-Rep Payee Rev. | | | $ | 800,000 |
| Opioid Settlement Fund | | | | |
| Strategic Planning & MOUD/MAT | | | $ | 414,236 |
| Airport Fund | | | | |
| Transfer from General Fund | | | $ | 16,667 |
| Tourism Development Fund | | | | |
| Occupancy Tax | | | $ | 634,884 |
| **ENTERPRISE TYPE REVENUES** | | | | |
| Water & Sewer Enterprise Fund | | | | |
| Water Fees and Charges | $ | 695,000 | | |
| Sewer Fees and Charges | | 610,000 | | |
| Total Estimated Revenues | | | $ | 1,305,000 |
| **INTERNAL SERVICE TYPE REVENUES** | | | | |
| General Insurance Deductible Fund | | | $ | 1,376,816 |
| Worker's Compensation Fund | | | | |
| Charges to other Funds | $ | 825,000 | | |
| Interest Earned | | 100,000 | | |
| Total Estimated Revenues | | | $ | 925,000 |
| Health Insurance Fund | | | | |
| Charges for services | $ | 10,080,000 | | |
| Retiree Reimbursement | | 275,000 | | |
| Interest Earned | | 160,000 | | |
| Miscellaneous | | 500,000 | | |
| Total Estimated Revenues | | | $ | 11,015,000 |

Employee 125 Plan

| | | |
|---|---|---|
| Employee Charges | $ | 215,000 |

**Section 2.** The following amounts are hereby appropriated for the operation of the county government and its activities for the fiscal year beginning July 1, 2024 and ending June 30, 2025 in accordance with the chart of accounts heretofore established for the County:

## GENERAL GOVERNMENT TYPE EXPENDITURES

General Fund

| | |
|---|---|
| Governing Body | $236,081 |
| County Manager | 745,921 |
| Public Information Office | 114,341 |
| Peg Channel | 63,900 |
| Safety & Risk Management | 157,121 |
| Human Resources | 581,082 |
| Finance | 958,891 |
| Tax/Tax Revaluation | 2,440,244 |
| Legal | 447,152 |
| Elections | 602,077 |
| Register of Deeds | 719,815 |
| Information Technology | 3,855,821 |
| GIS | 306,708 |
| Engineering & Public Utilities | 3,041,345 |
| Judicial Center | 577,404 |
| Landfill | 494,966 |
| Non-Departmental | 4,056,000 |
| Emergency Medical Services | 9,349,654 |
| Fire Marshal | 473,687 |
| Emergency Management | 203,952 |
| Communications | 2,606,876 |
| Emergency Services Admin | 257,896 |
| Medical Examiner | 175,000 |
| Sheriff | 11,965,788 |
| Jail | 6,046,852 |
| Animal Control | 317,450 |
| Other Public Safety | 449,176 |
| Veterans Treatment Court | 80,000 |
| Animal Shelter | 983,598 |
| Inspection/Planning/Code Enforce/Permitting | 1,524,902 |
| Airport | 86,667 |
| Economic Development & Tourism | 864,572 |
| Economic Development Projects | 2,866,360 |
| Economic Development Other | 25,000 |
| Cooperative Extension | 419,105 |
| Soil Conservation | 396,040 |
| Integrated Health | 256,424 |
| Public Health | 8,588,220 |
| Mental Health (MOE) | 311,800 |

| | | | |
|---|---|---|---|
| DSS | 20,375,614 | | |
| Veterans | 124,527 | | |
| Other Human Services | 69,295 | | |
| Youth Services | 965,823 | | |
| Library | 2,661,851 | | |
| ADTS | 1,183,724 | | |
| Other Cultural | 92,320 | | |
| Public Schools | 21,767,365 | | |
| Rockingham Community College | 3,694,531 | | |
| Leases | 49,151 | | |
| Transfers to Other Funds | 6,726,680 | | |
| Contingency | 350,000 | | |
| Total Appropriations | | $ | 125,708,769 |
| Debt Service Fund | | $ | 6,398,426 |

## SPECIAL REVENUE TYPE EXPENDITURES

| | | | |
|---|---|---|---|
| Administrative Capital Reserve Fund | | | |
| Transfer to Debt Service Fund | $ 3,531,997 | | |
| Transfer to General Fund | 1,175,544 | | |
| Reserve Contribution | 718,359 | | |
| | | $ | 5,425,900 |

| | | | |
|---|---|---|---|
| School Capital Reserve Fund | | | |
| Transfer to Debt Service Fund | $ 925,347 | | |
| Reserve Contribution | 5,694,653 | | |
| Total Appropriations | | $ | 6,620,000 |

| | |
|---|---|
| Fire District Fund | |
| Public Safety - Wentworth | $ 396,545 |
| Public Safety - Stokesdale | 498,538 |
| Public Safety - Bethany | 629,339 |
| Public Safety - Northwest | 161,634 |
| Public Safety - Huntsville | 661,303 |
| Public Safety - Oregon Hill | 233,529 |
| Public Safety - Shiloh | 349,159 |
| Public Safety - Monroeton | 468,396 |
| Public Safety - Williamsburg | 414,163 |
| Public Safety - Summerfield | 135,632 |
| Public Safety - Yanceyville | 199,164 |
| Public Safety - Stoneyview | 233,996 |
| Public Safety - Casville | 31,561 |
| Public Safety - Jacobs Creek | 186,010 |
| Public Safety - Madison/Mayodan | 247,776 |
| Public Safety - Stokes/Rockingham | 12,922 |
| Public Safety - Ruffin | 210,065 |

| | | | |
|---|---|---|---|
| Public Safety – Draper | 539,602 | | |
| Public Safety – Leaksville | 374,741 | | |
| Total Appropriations | | $ | 5,984,075 |

| | | |
|---|---|---|
| Emergency Telephone Fund | | |
| Operations | $ | 389,050 |
| Stoneville Library-Vera Holland Fund | | |
| Operations | $ | 50,000 |
| Vera Holland Ctr-V Holland Fund | | |
| Operations | $ | 37,400 |
| Register of Deeds Fees Fund | | |
| Operations | $ | 599,500 |
| Fines & Forfeitures Fund | | |
| To Schools | $ | 600,000 |
| DSS Representative Payee Fund | | |
| To DSS Rep. Payees | $ | 800,000 |
| Opioid Settlement Fund | | |
| Strategic Planning & MOUD/MAT | $ | 414,236 |
| Airport Fund | | |
| Grant Match Reserve | $ | 16,667 |
| Tourism Development Fund | | |
| Operations | $ | 634,884 |

**ENTERPRISE TYPE EXPENDITURES**

| | | | |
|---|---|---|---|
| Water & Sewer Enterprise Fund | | | |
| Water Operations | $ 678,477 | | |
| Sewer Operations | 626,523 | | |
| Total Appropriations | | $ | 1,305,000 |

**INTERNAL SERVICE TYPE EXPENDITURES**

| | | |
|---|---|---|
| General Insurance Deductible Fund | | |
| Claims Paid | $ | 306,816 |
| Insurance/Re-Insurance | | 1,070,000 |
| | $ | 1,376,816 |
| Worker's Compensation Fund | | |
| Worker's Compensation expenditures | $ | 925,000 |
| Health Insurance Fund | | |
| Health Insurance expenditures | $ | 11,015,000 |

Employee 125 Plan
Claims $ 215,000

**Section 3.** There is hereby levied an ad valorem tax rate of fifty-eight and one hundredth's cents (.5801) per one hundred dollars ($100.00) valuation of property as listed for taxes as of January 1, 2024, for the purpose of raising revenue as set forth in the foregoing estimate of revenues. Four tenths cents (.04) of this tax is for the Capital Improvement Plan and will be transferred to a Capital Reserve Fund. This rate of tax is based on an estimated total valuation of property for the purpose of taxation of $10,957,792,137 for real, personal and public utilities and $1,166,548,144 for motor vehicles.

**Section 4.** There is hereby levied a tax for the Fire Districts for the purpose of raising of revenue for said Special Fire District. The districts' tax rates and valuation of property are:

| Fire District | Levied Tax Rate Per $100 Value | Property Value | Revenue Neutral Tax Rate |
|---|---|---|---|
| Wentworth | $ 0.0628 | $ 640,000,000 | $ 0.0628 |
| Stokesdale | 0.1094 | 397,000,000 | 0.1094 |
| Bethany | 0.0807 | 690,000,000 | 0.0807 |
| Northwest | 0.0807 | 203,000,000 | 0.0807 |
| Huntsville | 0.0819 | 733,000,000 | 0.0819 |
| Oregon Hill | 0.0489 | 484,000,000 | 0.0489 |
| Shiloh | 0.0696 | 456,000,000 | 0.0696 |
| Monroeton | 0.0710 | 593,000,000 | 0.0710 |
| Williamsburg | 0.0825 | 440,000,000 | 0.0825 |
| Summerfield | 0.0659 | 184,000,000 | 0.0659 |
| Yanceyville | 0.0606 | 303,000,000 | 0.0606 |
| Stoneyview | 0.0780 | 204,000,000 | 0.0780 |
| Casville | 0.0711 | 40,000,000 | 0.0711 |
| Jacobs Creek | 0.0848 | 202,000,000 | 0.0848 |
| Madison/Mayodan | 0.0901 | 245,000,000 | 0.0901 |
| Stokes/Rockingham | 0.0558 | 20,200,000 | 0.0558 |
| Ruffin | 0.0923 | 203,232,162 | 0.0923 |
| Draper | 0.0610 | 897,000,000 | 0.0610 |
| Leaksville | 0.0677 | 561,000,000 | 0.0677 |

**Section 5.** Appropriations in this budget ordinance are made at the functional level. By statute, any amendments or modifications require Board approval only when amounts are transferred between functions; however, it is the policy of the board that expenditures are to conform to the line item budget approved and modified by the board. The County Manager or Finance Officer is hereby authorized to transfer appropriations, for all departments except the Board of Elections, as contained herein under the following conditions:

a. The County Manager or Finance Officer may transfer appropriations between objects of expenditures within a department without limitation.
b. The County Manager or Finance Officer may transfer appropriations between departments in a fund and from contingency in conformance with the following guidelines:

    1) The County Manager finds they are consistent with operational needs and any Board approved goals;

2) Transfers do not exceed $50,000 each;
3) Transfers from Contingency do not exceed $50,000 each, except this limit may be exceeded when the County Manager determines an emergency exists;

c. All such transfers are reported to the Board of Commissioners monthly.
d. The County Manager or Finance Officer may not transfer amounts between funds, except as approved by the Board of Commissioners in the Budget Ordinance as amended.

**Section 6.** The County Manager, or his designee, is hereby authorized to execute the necessary contractual documents under the following conditions:

a. To execute grant agreements with governmental units and other public, private, and non-profit organizations unless a grantor requires approval and execution by the Board of Commissioners.
b. To conduct construction or repair projects that do not require formal competitive bid procedures.
c. To enter into consultant, professional, or maintenance service agreements within funds included in the Budget Ordinance or other actions of the Board of Commissioners.
d. To execute contracts, as the lessor or lessee of buildings and/or land, provided that such leases are one year duration or less and are within budgeted appropriations. The County Manager may execute leases for equipment, vehicles, and other personal property that span multiple fiscal years provided that such leases have a total value less than $50,000 over the life of the lease.
e. To approve, within budgeted appropriations, all change orders and amendments to contracts previously approved by the Board of Commissioners.
f. To execute contracts and inter-local agreements the subject and funding of which has been approved by action of the Board of Commissioners;
g. To approve and execute all non-monetary agreements, memoranda of understanding, business associate agreements;
h. To execute documents related to the proper dispensation of legal claims, suits or proceedings approved by the County Attorney; and
i. To approve and execute documents of a routine nature and/or incidental to the work program of the County, its departments or related agencies.

**Section 7.** Operating funds encumbered by the County as of June 30, 2024, or otherwise designated, are hereby re-appropriated for this fiscal year.

**Section 8.** Classification pay plan effective July 1, 2024 is hereto attached and incorporated herein by reference.

**Section 9.** The Chairperson of the Board of Commissioners shall be compensated at an annual rate of $12,401, paid on a monthly basis. This includes $3,000 for in-county travel. Members of the Board of Commissioners, other than the Chair, shall be compensated at an annual rate of $11,201, paid on a monthly basis. This includes $3,000 for in-county travel. The Chairperson and members shall also be eligible to receive an optional $50 per month for use of their personal cellular phones for County business if so desired. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 10.** The current Rockingham County Sheriff, as of the effective date of this ordinance, shall be compensated at a rate of $156,289.61 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Sheriff's shall be compensated according to the adopted Rockingham County Pay Plan.

**Section 11.** The current Rockingham County Register of Deeds, as of the effective day of this ordinance, shall be compensated at a rate of $108,154.04 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Registers of Deeds shall be compensated according to the adopted Rockingham County Pay Plan.

**Section 12.** The Chairperson of the Board of Elections shall be compensated at an annual rate of $3,300, paid on a monthly basis. Members of the Board of Elections, other than the Chair, shall be compensated at an annual rate of $2,400, paid on a monthly basis. Additionally, all members shall receive $300 after the certification of each election. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 13.** The Health & Human Services Board members shall be compensated at a rate of $60 per meeting and each member will be reimbursed for mileage according to the County's Travel Policy.

**Section 14.** The Planning Board members shall be compensated at a rate of $60 per meeting.

**Section 15.** The Board of Equalization and Review members shall be compensated at a rate of $100 per meeting.

**Section 16.** The Jury Commission members shall be compensated at a rate of $500 per year.

**Section 17.** Changes to the County Master Fee Schedule are hereto attached and approved herein by reference.

**Section 18.** In accordance with 2 C.F.R. § 200.320(a)(1)(iv) and the applicable provisions of North Carolina law, Rockingham County hereby self-certifies the following micro-purchase thresholds, each of which is a "higher threshold consistent with State law" under 2 C.F.R. § 200.320(a)(1)(iv)(C) for the reasons set forth in the recitals to this resolution:

a. $30,000, for the purchase of "apparatus, supplies, materials, or equipment"; and

b. $30,000, for the purchase of "construction or repair work"; and

c. $50,000, for the purchase of services not subject to competitive bidding under North Carolina law; and

d. $50,000, for the purchase of services subject to the qualifications-based selection process in the Mini-Brooks Act; provided that such threshold shall apply to a contract only if the Unit has exercised an exemption to the Mini-Brooks Act, in writing, for a particular project pursuant to N.C.G.S. § 143-64.32. If the exemption is not authorized, the micro-purchase threshold shall be $0.

**Section 19.** Copies of this Budget Ordinance shall be furnished to the Clerk of the Board of Commissioners and to the Budget Officer and Finance Officer to be kept on file by them for their direction in the disbursement of funds.

Adopted this 7th day of June, 2024

Charlie G. Hall, III, Chairperson
Rockingham County Board of Commissioners

Susan Washburn, Clerk
Rockingham County Board of Commissioners

**ROCKINGHAM COUNTY BOARD OF COMMISSIONERS**
**REGULAR MEETING – JUNE 7, 2024 – 6:30 P.M.**

The Rockingham County Board of Commissioners met in regular session on September 16, 2024, 6:30 pm Governmental Center, Commissioners Chambers, North Carolina. Present were, Chairman Charlie G. Hall, III, Vice Chairman Don Powell, and Commissioners Mark Richardson, Houston Barrow and Kevin Berger; Lance L. Metzler, County Manager; Clyde Albright, County Attorney; Susan O. Washburn, Clerk to the Board; and citizens.

**ITEM #8 – MOTION FOR BUDGET ADOPTION OR RECESS MEETING**

Vice Chair Powell motioned, Commissioner Barrow seconded, and the vote was unanimous to approve the adoption of the budget ordinance as presented today, reflecting a change in the County property tax rate from sixty-nine and five tenths cents ($0.695) to fifty-eight and one hundredth cent ($0.5801) per $100 valuation and a change in the Fire Tax Rate for each of the districts in the County to revenue neutral per exhibit K in the budget document.

Vice Chair Powell motioned, Commissioner Richardson seconded, and the vote was unanimous to approve the FY 2025 - FY 2029 five-year Capital Improvement Plan as presented.

**Commissioner Powell motioned, Commissioner Richardson seconded, to allow the County Manager to approve up to a 16% pay increase for a position in Economic Development and the vote was unanimous to approve the motion as presented.

**North Carolina**
**Rockingham County**

**This is to certify that the foregoing is a true and accurate copy of the June 7, 2024 minutes of the Rockingham County Board of Commissioners.**

**Susan O. Washburn**
**Clerk to the Board**
**Rockingham County Board of Commissioners**

## AN ORDINANCE TO MAKE APPROPRIATIONS FOR THE CURRENT OPERATIONS OF ROCKINGHAM COUNTY FOR THE FISCAL YEAR 2025-26

**BE IT ORDAINED** by the Board of Commissioners of Rockingham County, North Carolina:

**Section 1.** It is estimated that the following revenues will be available for the fiscal year beginning July 1, 2025 and ending June 30, 2026:

### GENERAL GOVERNMENT TYPE REVENUES

| | |
|---|---|
| General Fund | |
| Ad Valorem Taxes | $ 73,973,870 |
| Other Taxes and Licenses | 19,244,000 |
| Unrestricted Intergovernmental | 235,000 |
| Restricted Intergovernmental | 15,676,153 |
| Permits and Fees | 1,261,200 |
| Sales and Services | 10,016,356 |
| Investment Earnings | 2,000,000 |
| Miscellaneous | 720,668 |
| Other Financing Sources | 1,563,398 |
| Fund Balance Appropriated | 4,606,595 |
| Total Estimated Revenues | $ 129,297,240 |
| Debt Service Fund | $ 7,344,596 |

### SPECIAL REVENUE TYPE REVENUES

| | | |
|---|---|---|
| Administrative Capital Reserve Fund | | |
| Transfer from General Fund | $ 5,077,095 | |
| Interest Earned | 135,000 | |
| Fund Balance Appropriated | 151,260 | |
| Total Estimated Revenues | | $ 5,363,355 |
| School Capital Reserve Fund | | |
| Restricted Sales Tax | $ 5,850,000 | |
| School Capital Fund | 790,000 | |
| Total Estimated Revenues | | $ 6,640,000 |
| Fire District Funds | | |
| Ad Valorem Taxes | $ 6,553,038 | |
| Fund Balance Appropriated | 430,880 | |
| Total Estimated Revenues | | $ 6,983,918 |

| | | |
|---|---|---|
| Emergency Telephone Fund | | |
| 911 Surcharge Fees | | $ 275,895 |
| Stoneville Library-Vera Holland Fund | | |
| Interest Distribution / Donations / Rents | | $ 30,000 |
| Vera Holland Ctr-V Holland Fund | | |
| Interest Distribution / Donations | | $ 19,000 |
| Register of Deeds Fees Fund | | |
| ROD Fees | | $ 604,500 |
| Fines & Forfeitures Fund | | |
| Fines & Forfeitures | | $ 600,000 |
| DSS-Representative Payee Fund | | |
| DSS-Rep Payee Rev. | | $ 800,000 |
| Opioid Settlement Fund | | |
| Strategic Planning & MOUD/MAT | | $ 588,165 |
| Airport Fund | | |
| Transfer from General Fund | | $ 16,667 |
| Tourism Development Fund | | |
| Occupancy Tax | | $ 582,580 |
| **ENTERPRISE TYPE REVENUES** | | |
| Water & Sewer Enterprise Fund | | |
| Water Fees and Charges | $ 833,371 | |
| Sewer Fees and Charges | 714,698 | |
| Other Financing Sources | 844 | |
| Total Estimated Revenues | | $ 1,548,913 |
| Landfill Enterprise Fund | | |
| Fund Balance Appropriated | | $ 317,341 |

**INTERNAL SERVICE TYPE REVENUES**

| | | | |
|---|---|---|---|
| General Insurance Deductible Fund | | $ | 1,770,198 |
| | | | |
| Worker's Compensation Fund | | | |
| Charges to other Funds | $ 755,000 | | |
| Interest Earned | 100,000 | | |
| | | | |
| Total Estimated Revenues | | $ | 855,000 |
| | | | |
| Health Insurance Fund | | | |
| Charges for services | $ 10,245,000 | | |
| Retiree Reimbursement | 275,000 | | |
| Interest Earned | 160,000 | | |
| Miscellaneous | 750,000 | | |
| UMR Wellness Reimbursement | 25,000 | | |
| Fund Balance Appropriated | 318,000 | | |
| | | | |
| Total Estimated Revenues | | $ | 11,773,000 |
| | | | |
| Employee 125 Plan | | | |
| Employee Charges | | $ | 230,000 |

**Section 2.** The following amounts are hereby appropriated for the operation of the county government and its activities for the fiscal year beginning July 1, 2025 and ending June 30, 2026 in accordance with the chart of accounts heretofore established for the County:

## GENERAL GOVERNMENT TYPE EXPENDITURES

| General Fund | |
|---|---|
| Governing Body | $244,001 |
| County Manager | 807,125 |
| Public Information Office | 114,611 |
| Peg Channel | 65,400 |
| Safety & Risk Management | 164,350 |
| Human Resources | 696,514 |
| Finance | 922,929 |
| Tax/Tax Revaluation | 2,509,652 |
| Legal | 471,052 |
| Elections | 638,268 |
| Register of Deeds | 756,853 |
| Information Technology | 4,016,071 |
| GIS | 300,114 |
| Engineering & Public Utilities | 2,943,781 |
| Judicial Center | 686,949 |
| Landfill | 494,356 |
| Non-Departmental | 4,442,500 |
| Emergency Medical Services | 10,066,484 |
| Fire Marshal | 543,802 |
| Emergency Management | 52,371 |
| Communications | 2,729,528 |
| Emergency Services Admin | 268,508 |
| Medical Examiner | 100,000 |
| Sheriff | 13,331,497 |
| Jail | 7,152,172 |
| Animal Control | 246,138 |
| Other Public Safety | 294,609 |
| Veterans Treatment Court | 265,046 |
| Animal Shelter | 1,174,781 |
| Inspection/Planning/Code Enforce/Permitting | 1,485,597 |
| Airport | 86,667 |
| Economic Development & Tourism | 934,998 |
| Economic Development Projects | 3,049,814 |
| Economic Development Other | 25,000 |
| Cooperative Extension | 437,376 |
| Soil Conservation | 317,581 |
| Consolidated HHS | 5,900 |
| Integrated Health | 231,001 |
| Public Health | 8,958,957 |
| Mental Health (MOE) | 331,751 |

| | | |
|---|---|---|
| DSS | 20,389,563 | |
| Veterans | 130,891 | |
| Other Human Services | 75,295 | |
| Youth Services | 962,939 | |
| Library | 2,710,425 | |
| ADTS | 1,106,471 | |
| Other Cultural | 92,320 | |
| Public Schools | 20,539,910 | |
| Rockingham Community College | 3,593,233 | |
| Leases | 43,820 | |
| Transfers to Other Funds | 6,938,269 | |
| Contingency | 350,000 | |
| Total Appropriations | | $ 129,297,240 |
| Debt Service Fund | | $ 7,344,596 |

**SPECIAL REVENUE TYPE EXPENDITURES**

| Administrative Capital Reserve Fund | | |
|---|---|---|
| Transfer to Debt Service Fund | $ 3,435,240 | |
| Transfer to General Fund | 995,157 | |
| Reserve Contribution | 932,958 | |
| | | $ 5,363,355 |

| School Capital Reserve Fund | | |
|---|---|---|
| Transfer to Debt Service Fund | $ 2,009,937 | |
| Reserve Contribution | 4,630,063 | |
| Total Appropriations | | $ 6,640,000 |

| Fire District Fund | |
|---|---|
| Public Safety - Wentworth | $ 400,585 |
| Public Safety - Stokesdale | 584,431 |
| Public Safety - Bethany | 842,139 |
| Public Safety - Northwest | 235,969 |
| Public Safety - Huntsville | 936,981 |
| Public Safety - Oregon Hill | 234,869 |
| Public Safety - Shiloh | 407,157 |
| Public Safety - Monroeton | 481,475 |
| Public Safety - Williamsburg | 487,800 |
| Public Safety - Summerfield | 218,026 |
| Public Safety - Yanceyville | 203,280 |
| Public Safety - Stoneyview | 177,806 |
| Public Safety - Casville | 29,647 |
| Public Safety - Jacobs Creek | 250,366 |
| Public Safety - Madison/Mayodan | 263,128 |
| Public Safety - Stokes/Rockingham | 12,117 |
| Public Safety - Ruffin | 236,904 |

| | | | |
|---|---|---|---|
| Public Safety – Draper | 534,846 | | |
| Public Safety – Leaksville | 446,392 | | |
| Total Appropriations | | $ | 6,983,918 |

<u>Emergency Telephone Fund</u>

| | | | |
|---|---|---|---|
| Operations | | $ | 275,895 |

<u>Stoneville Library-Vera Holland Fund</u>

| | | | |
|---|---|---|---|
| Operations | | $ | 30,000 |

<u>Vera Holland Ctr-V Holland Fund</u>

| | | | |
|---|---|---|---|
| Operations | | $ | 19,000 |

<u>Register of Deeds Fees Fund</u>

| | | | |
|---|---|---|---|
| Operations | | $ | 604,500 |

<u>Fines & Forfeitures Fund</u>

| | | | |
|---|---|---|---|
| To Schools | | $ | 600,000 |

<u>DSS Representative Payee Fund</u>

| | | | |
|---|---|---|---|
| To DSS Rep. Payees | | $ | 800,000 |

<u>Opioid Settlement Fund</u>

| | | | |
|---|---|---|---|
| Strategic Planning & MOUD/MAT | | $ | 588,165 |

<u>Airport Fund</u>

| | | | |
|---|---|---|---|
| Grant Match Reserve | | $ | 16,667 |

<u>Tourism Development Fund</u>

| | | | |
|---|---|---|---|
| Operations | | $ | 582,580 |

**<u>ENTERPRISE TYPE EXPENDITURES</u>**

<u>Water & Sewer Enterprise Fund</u>

| | | | |
|---|---|---|---|
| Water Operations | $ 842,866 | | |
| Sewer Operations | 706,047 | | |
| Total Appropriations | | $ | 1,548,913 |

<u>Landfill Enterprise Fund</u>

| | | | |
|---|---|---|---|
| Landfill Operations | | $ | 317,341 |

**<u>INTERNAL SERVICE TYPE EXPENDITURES</u>**

<u>General Insurance Deductible Fund</u>

| | | | |
|---|---|---|---|
| Claims Paid | | $ | 315,198 |
| Deductibles | | | 150,000 |
| Insurance/Re-Insurance | | | 1,305,000 |
| | | $ | 1,770,198 |

| | | |
|---|---|---|
| Worker's Compensation Fund | | |
| Worker's Compensation expenditures | $ | 855,000 |
| Health Insurance Fund | | |
| Health Insurance expenditures | $ | 11,773,000 |
| Employee 125 Plan | | |
| Claims | $ | 230,000 |

**Section 3**. There is hereby levied an ad valorem tax rate of fifty-eight and one hundredth's cents (.5801) per one hundred dollars ($100.00) valuation of property as listed for taxes as of January 1, 2025, for the purpose of raising revenue as set forth in the foregoing estimate of revenues. Four tenths cents (.04) of this tax is for the Capital Improvement Plan and will be transferred to a Capital Reserve Fund. This rate of tax is based on an estimated total valuation of property for the purpose of taxation of $11,484,160,131 for real, personal and public utilities and $1,265,683,098 for motor vehicles.

**Section 4**. There is hereby levied a tax for the Fire Districts for the purpose of raising of revenue for said Special Fire District. The districts' tax rates and valuation of property are:

| Fire District | Levied Tax Rate Per $100 Value | Property Value |
|---|---|---|
| Wentworth | $ 0.0628 | $ 646,800,000 |
| Stokesdale | 0.1250 | 427,840,000 |
| Bethany | 0.1200 | 711,650,000 |
| Northwest | 0.1100 | 200,000,000 |
| Huntsville | 0.1150 | 752,100,000 |
| Oregon Hill | 0.0489 | 487,000,000 |
| Shiloh | 0.0800 | 459,000,000 |
| Monroeton | 0.0710 | 597,650,000 |
| Williamsburg | 0.1000 | 450,000,000 |
| Summerfield | 0.1100 | 189,000,000 |
| Yanceyville | 0.0606 | 305,000,000 |
| Stoneyview | 0.0780 | 204,000,000 |
| Casville | 0.0711 | 38,000,000 |
| Jacobs Creek | 0.1150 | 204,000,000 |
| Madison/Mayodan | 0.0901 | 250,000,000 |
| Stokes/Rockingham | 0.0558 | 20,200,000 |
| Ruffin | 0.0923 | 260,300,000 |
| Draper | 0.0660 | 822,000,000 |
| Leaksville | 0.0800 | 565,770,000 |

**Section 5.** Appropriations in this budget ordinance are made at the functional level. By statute, any amendments or modifications require Board approval only when amounts are transferred between functions; however, it is the policy of the board that expenditures are to conform to the line item budget approved and modified by the board. The County Manager or Finance Officer is hereby authorized to transfer appropriations, for all departments except the Board of Elections, as contained herein under the following conditions:

a. The County Manager or Finance Officer may transfer appropriations between objects of expenditures within a department without limitation.

b. The County Manager or Finance Officer may transfer appropriations between departments in a fund and from contingency in conformance with the following guidelines:

   1) The County Manager finds they are consistent with operational needs and any Board approved goals;
   2) Transfers do not exceed $50,000 each;
   3) Transfers from Contingency do not exceed $50,000 each, except this limit may be exceeded when the County Manager determines an emergency exists;

c. All such transfers are reported to the Board of Commissioners monthly.
d. The County Manager or Finance Officer may not transfer amounts between funds, except as approved by the Board of Commissioners in the Budget Ordinance as amended.

**Section 6.** The County Manager, or his designee, is hereby authorized to execute the necessary contractual documents under the following conditions:

a. To execute grant agreements with governmental units and other public, private, and non-profit organizations unless a grantor requires approval and execution by the Board of Commissioners.
b. To conduct construction or repair projects that do not require formal competitive bid procedures.
c. To enter into consultant, professional, or maintenance service agreements within funds included in the Budget Ordinance or other actions of the Board of Commissioners.
d. To execute contracts, as the lessor or lessee of buildings and/or land, provided that such leases are one year duration or less and are within budgeted appropriations. The County Manager may execute leases for equipment, vehicles, and other personal property that span multiple fiscal years provided that such leases have a total value less than $50,000 over the life of the lease.
e. To approve, within budgeted appropriations, all change orders and amendments to contracts previously approved by the Board of Commissioners.
f. To execute contracts and inter-local agreements the subject and funding of which has been approved by action of the Board of Commissioners;
g. To approve and execute all non-monetary agreements, memoranda of understanding, business associate agreements;
h. To execute documents related to the proper dispensation of legal claims, suits or proceedings approved by the County Attorney; and
i. To approve and execute documents of a routine nature and/or incidental to the work program of the County, its departments or related agencies.

**Section 7**. Operating funds encumbered by the County as of June 30, 2025, or otherwise designated, are hereby re-appropriated for this fiscal year.

**Section 8**. Classification pay plan effective July 1, 2025 is hereto attached and incorporated herein by reference.

**Section 9.** The Chairperson of the Board of Commissioners shall be compensated at an annual rate of $12,401, paid on a monthly basis. This includes $3,000 for in-county travel. Members of the Board of Commissioners, other than the Chair, shall be compensated at an annual rate of $11,201, paid on a monthly basis. This includes $3,000 for in-county travel. The Chairperson and members shall also be eligible to receive an optional $50 per month for use of their personal cellular phones for County business if so desired. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 10**. The current Rockingham County Sheriff, as of the effective date of this ordinance, shall be compensated at a rate of $156,289.61 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Sheriff's shall be compensated according to the adopted Rockingham County Pay Plan.

**Section 11**. The current Rockingham County Register of Deeds, as of the effective day of this ordinance, shall be compensated at a rate of $110,317.12 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Registers of Deeds shall be compensated according to the adopted Rockingham County Pay Plan.

**Section 12.** The Chairperson of the Board of Elections shall be compensated at an annual rate of $3,300, paid on a monthly basis. Members of the Board of Elections, other than the Chair, shall be compensated at an annual rate of $2,400, paid on a monthly basis. Additionally, all members shall receive $300 after the certification of each election. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 13.** The Health & Human Services Board members shall be compensated at a rate of $60 per meeting and each member will be reimbursed for mileage according to the County's Travel Policy.

**Section 14.** The Planning Board members shall be compensated at a rate of $60 per meeting.

**Section 15.** The Board of Equalization and Review members shall be compensated at a rate of $100 per meeting.

**Section 16.** The Jury Commission members shall be compensated at a rate of $500 per year.

**Section 17**. Changes to the County Master Fee Schedule are hereto attached and approved herein by reference.

**Section 18.** In accordance with 2 C.F.R. § 200.320(a)(1)(iv) and the applicable provisions of North Carolina law, Rockingham County hereby self-certifies the following micro-purchase thresholds, each of which is a "higher threshold consistent with State law" under 2 C.F.R. § 200.320(a)(1)(iv)(C) for the reasons set forth in the recitals to this resolution:

a. $30,000, for the purchase of "apparatus, supplies, materials, or equipment"; and

b. $30,000, for the purchase of "construction or repair work"; and

c. $50,000, for the purchase of services not subject to competitive bidding under North Carolina law; and

d. $50,000, for the purchase of services subject to the qualifications-based selection process in the Mini-Brooks Act; provided that such threshold shall apply to a contract only if the Unit has exercised an exemption to the Mini-Brooks Act, in writing, for a particular project pursuant to N.C.G.S. § 143-64.32. If the exemption is not authorized, the micro-purchase threshold shall be $0.

**Section 19.** Copies of this Budget Ordinance shall be furnished to the Clerk of the Board of Commissioners and to the Budget Officer and Finance Officer to be kept on file by them for their direction in the disbursement of funds.

Adopted this 2nd day of June, 2025

Kevin Berger, Chairperson
Rockingham County Board of Commissioners

Susan Washburn, Clerk
Rockingham County Board of Commissioners

**ROCKINGHAM COUNTY BOARD OF COMMISSIONERS**
**REGULAR MEETING – JUNE 2, 2025– 6:30 P.M.**

The Rockingham County Board of Commissioners met in regular session on June 2, 2025, 6:30 pm Governmental Center, Commissioners Chambers, North Carolina. Present were, Chairman Kevin Berger, Vice Chairman Houston Barrow, and Commissioners Mark Richardson, Charlie G. Hall, III and Jeffrey Kallam; Lance L. Metzler, County Manager; Clyde Albright, County Attorney; Susan O. Washburn, Clerk to the Board; Melissa Joyce, Fire Marshal and citizens and members of the news media.

**ITEM #7(B) – PUBLIC HEARING: CONSIDERATION OF APPROVAL OF THE RECOMMENDED BUDGET FOR FY 2025-2026.**

Chairman Berger opened the Public Hearing.

Attorney Albright read the protocols for comments during the Public Hearing.

*Mary Jane Webb – 317 Cherokee Camp Rd. – spoke in support of the recommended budget for FY 2025-2026. Ms. Webb said she spoke on behalf of Help, Inc. and the Square One Family Justice Center. She said in 2024 they conducted over 107 child forensic interviews and facilitated nearly 50 forensic medical exams which are critical interventions that support the work of Child Protective Services and Law Enforcement from across our County while they are investigating child abuse and neglect. They often serve as a foundation for prosecution helping to hold offenders accountable while reducing additional trauma for child victims. She said our advocates responded to urgent safety needs more than 1,800 times last year. She said they provided emergency shelter to over 105 men, women and children creating a refuge to those escaping imminent danger. She said they supported 523 individuals in securing domestic violence protective orders, civil no contact orders, and renewals ensuring their safety through legal protection and helping to reduce repeated victimization. She said they served 184 elder clients experiencing abuse or neglect and 36 victims of human trafficking each requiring careful specialized trauma informed support. She said the Commissioners investment reflects the profound understanding that safety, healing and justice require intentional and coordinated efforts. She thanked them for their leadership as well as their partnership.

Commissioner Barrow asked Ms. Webb about the forensic interviews that she had mentioned and how they do it opposed to other counties that have to do interviews.

Ms. Webb explained that Rockingham County is lucky to have Kaleidoscope which is a nationally accredited Children's Advocacy Center. She said within the CAC she said they provide forensic interviews and make referrals for forensic medical exams with Wake Forest Baptist Medical University through Brenner's Children's Hospital. She said the interviews themselves are utilized by Law Enforcement, but also by the Department of Social Services and Child Protective Services. Ms. Webb said the thought process was instead of the child that makes a disclosure having to talk to upwards of 15 to 20 individual people repeating their stories, repeating their trauma, they come to our location and are able to talk to a forensic interviewer. They can share their story in a way that is nontraumatic for the child. She said while this takes place it is video recorded. She said their partners are next door in the room next to the interview room where they can watch the interview live. Ms. Webb said these partners are Law Enforcement, Social

Services, sometimes the District Attorney's Office who may be present and in one setting get the information they need to move forward with their case for this individual child.

Chairman Berger closed the Public Hearing.

Vice Chair Barrow asked about the items they had spoken about during the budget retreat concerning moving forward with the funding for the Rescue Squads. He asked if that had been corrected in the budget. Mr. Metzler stated that it had been corrected.

Chairman Berger advised that as far as the process for the budget and the process of any benefits for County employees he asked Mr. Metzler for confirmation that they have monthly department head meetings, and all the department heads are invited including the two departments that we fund that are elected.

Mr. Metzler confirmed that was correct.

Chairman Berger asked about the participation in the department head meetings.

Mr. Metzler said everyone usually attends unless there is an excused absence. He said they do not have a lot of participation from the Sheriff's Office. He said in the past they use to send individuals to represent the Sheriff's Office, but they haven't in the past year or so.

Chairman Berger asked about the budget process if Mr. Metzler meets with the departments as far as their department budgets.

Mr. Metzler confirmed that was correct and he/staff had several meetings.

Chairman Berger asked if those meetings were with staff members or department heads.

Mr. Metzler said a combination, mostly department heads and staff members, some just send staff members only.

Chairman Berger asked if that included the two positions that are elected which are the Register of Deeds and the Sheriff's Office.

Mr. Metzler stated that was correct.

Chairman Berger asked Mr. Metzler that he stated some send staff only and asked which departments did this.

Mr. Metzler stated the Sheriff's Department.

Chairman Berger asked if the Register of Deeds participated, and Mr. Metzler responded yes.

Chairman Berger said that at the Budget workshop they were waiting on one particular item concerning insurance and asked Mr. Metzler if there was any information on that at this point.

Mr. Metzler said not at this moment.

Chairman Berger said they have an amount plugged in based on the significant increase they had last year and from what Mr. Metzler and staff have communicated with the insurance company they a have a ballpark amount for that.

Commissioner Hall pointed out that at the recessed meeting they discussed rate increases for several of the Volunteer Fire Districts. He said those were Bethany, Huntsville and Summerfield. He said he thought they were the largest increases. He asked Mr. Metzler to explain to the public about how these come about and what they mean to them.

Mr. Metzler said they send the forms out to the fire departments. He said the fire departments then fill them out based on the dollars they need to provide services. He said Mr. Southern and himself, meet with the fire departments who are asking for an increase. Mr. Metzler said they then discuss their request and look at the validity of the need. The fire departments then conduct a community meeting and offer the community a chance to get involved. Mr. Metzler said then he brings it to the Board and the fire departments participate in the work session.

Vice Chair Barrow motioned, Commissioner Richardson seconded, and the vote was unanimous to adopt the budget ordinance as presented reflecting no change in the County property tax rate of 58.01 cents per $100 valuation as well as a change in the fire tax rate for the following districts:

- Stokesdale from 10.94 cent to 12.5 cent per $100 valuation
- Bethany from 8.07 cent to 12 cent per $100 valuation
- Northwest from 8.07 cent to 11 cent per $100 valuation
- Huntsville from 8.19 cent and Jacobs Creek from 8.84 cent to 11.5 cent per $100 valuation across the newly merged district.
- Shiloh from 6.9 cent to 8 cent per $100 valuation
- Williamsburg from 8.25 cent to 10 cent per $100 valuation
- Summerfield from 6.59 cent to 11 cent per $100 valuation
- Draper from 6.1 cent to 6.6 cent per $100 valuation
- Leaksville from 6.77 cent to 8 cent per $100 valuation

The other fire districts there is no change in the valuations that were stated from the prior budget.

Commissioner Hall motioned, Commissioner Kallam seconded, and the vote was unanimous to approve the FY 26/30 Five Year Capital Improvement Plan as presented.

**North Carolina**
**Rockingham County**

**This is to certify that the foregoing is a true and accurate copy of the June 2, 2025 minutes of the Rockingham County Board of Commissioners.**

Susan O. Washburn

**Susan O. Washburn**
**Clerk to the Board**
**Rockingham County Board of Commissioners**

ROCKINGHAM COUNTY 1785 NORTH CAROLINA

## AN ORDINANCE TO MAKE APPROPRIATIONS FOR THE CURRENT OPERATIONS OF ROCKINGHAM COUNTY FOR THE FISCAL YEAR 2026-27

**BE IT ORDAINED** by the Board of Commissioners of Rockingham County, North Carolina:

**Section 1.** It is estimated that the following revenues will be available for the fiscal year beginning July 1, 2026 and ending June 30, 2027:

### GENERAL GOVERNMENT TYPE REVENUES

| | | |
|---|---|---|
| General Fund | | |
| Ad Valorem Taxes | | $ 74,470,821 |
| Other Taxes and Licenses | | 19,558,172 |
| Unrestricted Intergovernmental | | 220,000 |
| Restricted Intergovernmental | | 15,195,957 |
| Permits and Fees | | 1,366,500 |
| Sales and Services | | 11,087,980 |
| Investment Earnings | | 2,200,000 |
| Miscellaneous | | 859,832 |
| Other Financing Sources | | 9,737,851 |
| Fund Balance Appropriated | | 5,826,455 |
| Total Estimated Revenues | | $ 140,523,568 |
| Debt Service Fund | | $ 6,783,996 |

### SPECIAL REVENUE TYPE REVENUES

| | | |
|---|---|---|
| Administrative Capital Reserve Fund | | |
| Transfer from General Fund | $ 5,198,504 | |
| Interest Earned | 145,000 | |
| Fund Balance Appropriated | 0 | |
| Total Estimated Revenues | | $ 5,343,504 |
| School Capital Reserve Fund | | |
| Restricted Sales Tax | $ 6,100,000 | |
| School Capital Fund | 800,000 | |
| School Capital Fund | 3,255,290 | |
| Total Estimated Revenues | | $ 10,155,290 |
| Fire District Funds | | |
| Ad Valorem Taxes | $ 7,319,054 | |
| Fund Balance Appropriated | 446,900 | |
| Total Estimated Revenues | | $ 7,765,954 |

| | | | |
|---|---|---|---|
| Emergency Telephone Fund | | | |
| 911 Surcharge Fees | | $ | 332,301 |
| Stoneville Library-Vera Holland Fund | | | |
| Interest Distribution / Donations / Rents | | $ | 35,000 |
| Vera Holland Ctr-V Holland Fund | | | |
| Interest Distribution / Donations | | $ | 19,500 |
| Register of Deeds Fees Fund | | | |
| ROD Fees | | $ | 614,500 |
| Fines & Forfeitures Fund | | | |
| Fines & Forfeitures | | $ | 600,000 |
| DSS-Representative Payee Fund | | | |
| DSS-Rep Payee Rev. | | $ | 800,000 |
| Opioid Settlement Fund | | | |
| Strategic Planning & MOUD/MAT | | $ | 1,062,470 |
| Airport Fund | | | |
| Transfer from General Fund | | $ | 16,667 |
| Tourism Development Fund | | | |
| Occupancy Tax | | $ | 493,143 |
| **ENTERPRISE TYPE REVENUES** | | | |
| Water & Sewer Enterprise Fund | | | |
| Water Fees and Charges | $ 994,000 | | |
| Sewer Fees and Charges | 700,000 | | |
| Interest Earned | 56,967 | | |
| Total Estimated Revenues | | $ | 1,750,967 |
| Landfill Enterprise Fund | | | |
| Fund Balance Appropriated | | $ | 157,609 |

## INTERNAL SERVICE TYPE REVENUES

| | | |
|---|---|---|
| General Insurance Deductible Fund | | $ 1,833,343 |
| | | |
| Worker's Compensation Fund | | |
| Charges to other Funds | $ 654,649 | |
| Interest Earned | 105,000 | |
| | | |
| Total Estimated Revenues | | $ 759,649 |
| | | |
| Health Insurance Fund | | |
| Charges for services | $ 11,355,000 | |
| Retiree Reimbursement | 300,000 | |
| Interest Earned | 160,000 | |
| Miscellaneous | 1,500,000 | |
| UMR Wellness Reimbursement | 25,000 | |
| Fund Balance Appropriated | 366,900 | |
| | | |
| Total Estimated Revenues | | $ 13,706,900 |
| | | |
| Employee 125 Plan | | |
| Employee Charges | | $ 235,000 |

**Section 2.** The following amounts are hereby appropriated for the operation of the county government and its activities for the fiscal year beginning July 1, 2026 and ending June 30, 2027 in accordance with the chart of accounts heretofore established for the County:

## GENERAL GOVERNMENT TYPE EXPENDITURES

| General Fund | |
|---|---|
| Governing Body | $253,064 |
| County Manager | 884,202 |
| Public Information Office | 127,380 |
| Peg Channel | 65,401 |
| Safety & Risk Management | 173,433 |
| Human Resources | 791,247 |
| Budget & Performance | 116,000 |
| Finance | 1,064,781 |
| Tax/Tax Revaluation | 2,785,046 |
| Legal | 526,593 |
| Elections | 611,445 |
| Register of Deeds | 991,211 |
| Information Technology | 3,861,832 |
| GIS | 404,796 |
| Engineering & Public Utilities | 3,284,405 |
| Judicial Center | 609,783 |
| Landfill | 516,609 |
| Non-Departmental | 3,234,500 |
| Emergency Medical Services | 10,408,999 |
| Fire Marshal | 589,104 |
| Emergency Management | 21,971 |
| Communications | 2,847,866 |
| Emergency Services Admin | 343,499 |
| Medical Examiner | 100,000 |
| Sheriff | 13,889,279 |
| Jail | 6,801,631 |
| Animal Control | 311,457 |
| Other Public Safety | 200,308 |
| Veterans Treatment Court | 267,342 |
| Animal Shelter | 1,265,617 |
| Inspection/Planning/Code Enforce/Permitting | 1,500,781 |
| Airport | 86,667 |
| Economic Development & Tourism | 916,105 |
| Economic Development Projects | 2,701,608 |
| Economic Development Other | 25,000 |
| Cooperative Extension | 474,526 |
| Soil Conservation | 336,285 |
| Consolidated HHS | 3,720 |
| Integrated Health | 15,000 |
| Public Health | 9,413,486 |
| Mental Health (MOE) | 417,445 |
| Behavioral Health | 109,271 |

| | | | |
|---|---|---|---|
| DSS | 21,634,924 | | |
| Veterans | 145,480 | | |
| Other Human Services | 59,545 | | |
| Youth Services | 1,019,486 | | |
| Library | 2,995,684 | | |
| ADTS | 1,040,793 | | |
| Other Cultural | 92,320 | | |
| Public Schools | 29,114,910 | | |
| Rockingham Community College | 3,651,981 | | |
| Leases | 43,820 | | |
| Transfers to Other Funds | 7,025,930 | | |
| Contingency | 350,000 | | |
| Total Appropriations | | $ | 140,523,568 |
| Debt Service Fund | | $ | 6,783,996 |

**<u>SPECIAL REVENUE TYPE EXPENDITURES</u>**

| | | | |
|---|---|---|---|
| <u>Administrative Capital Reserve Fund</u> | | | |
| Transfer to Debt Service Fund | $ 3,229,964 | | |
| Transfer to General Fund | 668,550 | | |
| Reserve Contribution | 1,444,990 | | |
| | | $ | 5,343,504 |
| <u>School Capital Reserve Fund</u> | | | |
| Transfer to Debt Service Fund | $ 1,580,290 | | |
| Transfer to General Fund | 8,575,000 | | |
| Total Appropriations | | $ | 10,155,290 |

| | |
|---|---|
| <u>Fire District Fund</u> | |
| Public Safety - Wentworth | $ 408,725 |
| Public Safety - Stokesdale | 710,114 |
| Public Safety - Bethany | 1,073,895 |
| Public Safety - Northwest | 246,080 |
| Public Safety - Huntsville | 1,218,595 |
| Public Safety - Oregon Hill | 242,287 |
| Public Safety - Shiloh | 407,304 |
| Public Safety - Monroeton | 750,110 |
| Public Safety - Williamsburg | 499,864 |
| Public Safety - Summerfield | 226,688 |
| Public Safety - Yanceyville | 208,007 |
| Public Safety - Stoneyview | 157,417 |
| Public Safety - Casville | 29,580 |
| Public Safety - Madison/Mayodan | 330,944 |
| Public Safety - Stokes/Rockingham | 13,044 |
| Public Safety - Ruffin | 250,452 |

| | | | |
|---|---|---|---|
| Public Safety – Draper | 528,117 | | |
| Public Safety – Leaksville | 464,731 | | |
| Total Appropriations | | $ | 7,765,954 |
| Emergency Telephone Fund | | | |
| Operations | | $ | 332,301 |
| Stoneville Library-Vera Holland Fund | | | |
| Operations | | $ | 35,000 |
| Vera Holland Ctr-V Holland Fund | | | |
| Operations | | $ | 19,500 |
| Register of Deeds Fees Fund | | | |
| Operations | | $ | 614,500 |
| Fines & Forfeitures Fund | | | |
| To Schools | | $ | 600,000 |
| DSS Representative Payee Fund | | | |
| To DSS Rep. Payees | | $ | 800,000 |
| Opioid Settlement Fund | | | |
| Strategic Planning & MOUD/MAT | | $ | 1,062,470 |
| Airport Fund | | | |
| Grant Match Reserve | | $ | 16,667 |
| Tourism Development Fund | | | |
| Operations | | $ | 493,143 |

**ENTERPRISE TYPE EXPENDITURES**

| | | | |
|---|---|---|---|
| Water & Sewer Enterprise Fund | | | |
| Water Operations | $ 941,084 | | |
| Sewer Operations | 809,883 | | |
| Total Appropriations | | $ | 1,750,967 |
| Landfill Enterprise Fund | | | |
| Landfill Operations | | $ | 157,609 |

**INTERNAL SERVICE TYPE EXPENDITURES**

| | | |
|---|---|---|
| General Insurance Deductible Fund | | |
| Claims Paid | $ | 373,343 |
| Deductibles | | 150,000 |
| Insurance/Re-Insurance | | 1,310,000 |
| | $ | 1,833,343 |

| | | |
|---|---|---|
| <u>Worker's Compensation Fund</u> | | |
| Worker's Compensation expenditures | $ | 759,649 |
| | | |
| <u>Health Insurance Fund</u> | | |
| Health Insurance expenditures | $ | 13,706,900 |
| | | |
| <u>Employee 125 Plan</u> | | |
| Claims | $ | 235,000 |

**Section 3**. There is hereby levied an ad valorem tax rate of fifty-six and ninety hundredth's cents (.5690 ) per one hundred dollars ($100.00) valuation of property as listed for taxes as of January 1, 2026, for the purpose of raising revenue as set forth in the foregoing estimate of revenues. Four tenths cents (.04) of this tax is for the Capital Improvement Plan and will be transferred to a Capital Reserve Fund. This rate of tax is based on an estimated total valuation of property for the purpose of taxation of $11,732,100,001 for real, personal and public utilities and $1,358,023,266 for motor vehicles.

**Section 4**. There is hereby levied a tax for the Fire Districts for the purpose of raising of revenue for said Special Fire District. The districts' tax rates and valuation of property are:

| Fire District | Levied Tax Rate Per $100 Value | Property Value |
|---|---|---|
| Wentworth | $ 0.0628 | $ 662,700,000 |
| Stokesdale | 0.1250 | 498,300,000 |
| Bethany | 0.1500 | 729,000,000 |
| Northwest | 0.1100 | 211,400,000 |
| Huntsville | 0.1150 | 995,300,000 |
| Oregon Hill | 0.0489 | 504,500,000 |
| Shiloh | 0.0800 | 470,800,000 |
| Monroeton | 0.1100 | 646,500,000 |
| Williamsburg | 0.1000 | 460,000,000 |
| Summerfield | 0.1100 | 197,900,000 |
| Yanceyville | 0.0606 | 315,900,000 |
| Stoneyview | 0.0780 | 205,500,000 |
| Casville | 0.0711 | 40,500,000 |
| Madison/Mayodan | 0.0901 | 302,600,000 |
| Stokes/Rockingham | 0.0558 | 20,700,000 |
| Ruffin | 0.0923 | 276,300,000 |
| Draper | 0.0660 | 814,900,000 |
| Leaksville | 0.0800 | 591,500,000 |

**Section 5.** Appropriations in this budget ordinance are made at the functional level. By statute, any amendments or modifications require Board approval only when amounts are transferred between functions; however, it is the policy of the board that expenditures are to conform to the line item budget approved and modified by the board. The County Manager or Finance Officer is hereby authorized to transfer appropriations, for all departments except the Board of Elections, as contained herein under the following conditions:

a. The County Manager or Finance Officer may transfer appropriations between objects of expenditures within a department without limitation.

b. The County Manager or Finance Officer may transfer appropriations between departments in a fund and from contingency in conformance with the following guidelines:

   1) The County Manager finds they are consistent with operational needs and any Board approved goals;
   2) Transfers do not exceed $50,000 each;
   3) Transfers from Contingency do not exceed $50,000 each, except this limit may be exceeded when the County Manager determines an emergency exists;

c. All such transfers are reported to the Board of Commissioners monthly.
d. The County Manager or Finance Officer may not transfer amounts between funds, except as approved by the Board of Commissioners in the Budget Ordinance as amended.

**Section 6.** The County Manager, or his designee, is hereby authorized to execute the necessary contractual documents under the following conditions:

a. To execute grant agreements with governmental units and other public, private, and non-profit organizations unless a grantor requires approval and execution by the Board of Commissioners.
b. To conduct construction or repair projects that do not require formal competitive bid procedures.
c. To enter into consultant, professional, or maintenance service agreements within funds included in the Budget Ordinance or other actions of the Board of Commissioners.
d. To execute contracts, as the lessor or lessee of buildings and/or land, provided that such leases are one year duration or less and are within budgeted appropriations. The County Manager may execute leases for equipment, vehicles, and other personal property that span multiple fiscal years provided that such leases have a total value less than $50,000 over the life of the lease.
e. To approve, within budgeted appropriations, all change orders and amendments to contracts previously approved by the Board of Commissioners.
f. To execute contracts and inter-local agreements the subject and funding of which has been approved by action of the Board of Commissioners;
g. To approve and execute all non-monetary agreements, memoranda of understanding, business associate agreements;
h. To execute documents related to the proper dispensation of legal claims, suits or proceedings approved by the County Attorney; and
i. To approve and execute documents of a routine nature and/or incidental to the work program of the County, its departments or related agencies.

**Section 7**. Operating funds encumbered by the County as of June 30, 2026, or otherwise designated, are hereby re-appropriated for this fiscal year.

**Section 8**. Classification pay plan effective July 1, 2026 is hereto attached and incorporated herein by reference.

**Section 9.** The Chairperson of the Board of Commissioners shall be compensated at an annual rate of $12,401, paid on a monthly basis. This includes $3,000 for in-county travel. Members of the Board of Commissioners, other than the Chair, shall be compensated at an annual rate of $11,201, paid on a monthly basis. This includes $3,000 for in-county travel. The Chairperson and members shall also be eligible to receive an optional $50 per month for use of their personal cellular phones for County business if so desired. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 10**. The current Rockingham County Sheriff, as of the effective date of this ordinance, shall be compensated at a rate of $156,289.61 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Sheriff's shall be compensated according to the adopted Rockingham County Pay Plan. Salary is not eligible for Cost of Living Adjustments (COLA) and Merit increases.

**Section 11**. The current Rockingham County Register of Deeds, as of the effective day of this ordinance, shall be compensated at a rate of $115,832.98 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Registers of Deeds shall be compensated according to the adopted Rockingham County Pay Plan. Salary is not eligible for Cost of Living Adjustments (COLA) and Merit increases.

**Section 12.** The Chairperson of the Board of Elections shall be compensated at an annual rate of $3,300, paid on a monthly basis. Members of the Board of Elections, other than the Chair, shall be compensated at an annual rate of $2,400, paid on a monthly basis. Additionally, all members shall receive $300 after the certification of each election. All out-of-County travel expenses will be handled according to the County's Travel Policy.

**Section 13.** The Health & Human Services Board members shall be compensated at a rate of $60 per meeting and each member will be reimbursed for mileage according to the County's Travel Policy.

**Section 14.** The Planning Board members shall be compensated at a rate of $60 per meeting.

**Section 15.** The Board of Equalization and Review members shall be compensated at a rate of $100 per meeting.

**Section 16.** The Jury Commission members shall be compensated at a rate of $500 per year.

**Section 17**. Changes to the County Master Fee Schedule are hereto attached and approved herein by reference.

**Section 18.** In accordance with 2 C.F.R. § 200.320(a)(1)(iv) and the applicable provisions of North Carolina law, Rockingham County hereby self-certifies the following micro-purchase thresholds, each of which is a "higher threshold consistent with State law" under 2 C.F.R. § 200.320(a)(1)(iv)(C) for the reasons set forth in the recitals to this resolution:

a. $30,000, for the purchase of "apparatus, supplies, materials, or equipment"; and

b. $30,000, for the purchase of "construction or repair work"; and

c. $50,000, for the purchase of services not subject to competitive bidding under North Carolina law; and

d. $50,000, for the purchase of services subject to the qualifications-based selection process in the Mini-Brooks Act; provided that such threshold shall apply to a contract only if the Unit has exercised an exemption to the Mini-Brooks Act, in writing, for a particular project pursuant to N.C.G.S. § 143-64.32. If the exemption is not authorized, the micro-purchase threshold shall be $0.

**Section 19.** Copies of this Budget Ordinance shall be furnished to the Clerk of the Board of Commissioners and to the Budget Officer and Finance Officer to be kept on file by them for their direction in the disbursement of funds.

Adopted this 1st day of June, 2026

Houston Barrow, Chairperson
Rockingham County Board of Commissioners

Susan Washburn, Clerk
Rockingham County Board of Commissioners

**ROCKINGHAM COUNTY BOARD OF COMMISSIONERS**
**REGULAR MEETING – JUNE 1, 2026– 6:30 P.M.**

The Rockingham County Board of Commissioners met in regular session on June 1, 2026, 6:30 pm Governmental Center, Commissioners Chambers, North Carolina. Present were, Chairman Houston Barrow, Vice Chairman Charlie G. Hall, III, and Commissioners Mark Richardson, Kevin Berger and Jeffrey Kallam; Lance L. Metzler, County Manager; Clyde Albright, County Attorney; Susan O. Washburn, Clerk to the Board; and citizens.

**ITEM #7(A) – PUBLIC HEARING ON THE FY 2026-2027 BUDGET**

Mr. Metzler reviewed the Vision, Mission and Strategic Focus Areas that had been approved earlier in the year. He said the budget process formally began in February and after all requests were submitted to the budget team, there was a General Fund budget deficit of $22 million or the equivalent of nearly 17 cents of the property tax rate.

Mr. Metzler gave the budget overview starting with the property tax decrease to 56.9 per 100. He said the total General Fund budget was $140,523,568 which represents an $11,117,057 or 8.68% increase from the current year's adopted General Fund budget, but he said $8,575,000 of the increase is related to including the pay-go funding for Rockingham County Schools which is 6% of the total increase. He said this was added to the budget as an on-going effort to increase transparency. Mr. Metzler said without that 6% increase the remaining budget increase was 2.68%. He said the total budget which included all funds such as the Enterprise Fund was $192,989,361. He said the value of a penny was $1,260,965 which was only a $3,550 increase over last year.

Mr. Metzler stated the Ad Valorem Revenues for projected tax base was $13.09 billion, which is an increase of 2.67% over last year. He said the Ad Valorem is the largest source of discretionary revenue and is comprised of three different parts which are:

- Real and personal property which is expected to increase by 1.62%
- Public utilities value which is expected to increase by 2.5%
- Motor vehicles value which is expected to increase by 5.75%

He said the collection rate is still expected to be slightly lower than this past year. He said the Ad Valorem will yield roughly $73.1 million compared to our projected last year of $72.9 million which is right around a $200,000 increase. He said sales tax is expected to generate a little over $19 million and this figure also contains the ¼ cent sales tax which reflects the 1.3% increase. He said other key revenue changes:

- EMS fees are expected to increase by over 10%
- Projecting increase in interest earned by 10% by locking in a solid rate
- Revenue decreases by about $1 million for DSS.

Commissioner Barrow asked Mr. Metzler to explain the EMS fee increase. Mr. Metzler explained our EMS provider had asked us to increase our EMS rates a lot higher than what we are presenting tonight and this is also comparing us to surrounding counties that are billing.

Mr. Metzler said he recommended the appropriation of approximately $5.8 million from Fund Balance. He said they had to use additional Fund Balance to offset the tax rate decrease. He said the usual plug is typically $2.5 million. He said they have $315,733 for allowable one-time expenses and $489,190 in unearned salaries due to changes they had to make at the very end and didn't want to have to change the whole book so those will be returned back to the Fund Balance.

Mr. Metzler has recommended five paramedic positions to fund a peak hour shift at the Stokesdale Fire Department at the southwest corner of the County; a dental hygienist position in Public Health; a grant writer position in Administration; three water and sewer positions so that we can have better oversight in operations; and a reclassified position in Social Services to better serve our staff and clientele.

Mr. Metzler explained, as the Sheriff said, the County is competing with surrounding areas. He said he was recommending a 2% COLA and a 3% for performance merit. He said the County was facing challenges like most other localities that goes above and beyond just regular pay, but also benefits so they are encouraging departments to engage staff in training and those in leadership positions for additional skills in leading and managing. He said they encourage utilizing our employee assistance program and participating in the 401k match which the Commissioners provided last year. He said the recommended budget included reinstating health care coverage for eligible employees retirement.

Mr. Metzler stated that he was recommended utilizing a little more that $2 million for our Capital Improvement Projects. He said recommended projects were:

- Animal Shelter updates
- Eden Library updates
- Updates to the western EMS Base
- Parking Lot improvements
- Continuation of the funding for the building expansion for the Health and Human Services building that was mentioned at the work session.

Mr. Metzler said the Rockingham County Board of Education requested almost $8 million increase in operations and no increase in Capital Outlay. He recommended no increase to current expense and Capital Outlay. He said he did include in the budget the $8.5 million for additional transparency.

Mr. Metzler said Rockingham Community College requested an almost 11% increase in operations and over a 100% increase in Capital Outlay. He said the budget recommendation was to not to increase current year's allocation and no increase in Capital Outlay. He is recommending using $250,000 from ¼ cent sales tax for operations for Workforce Development. He said the Commissioners approved $180,000 last year. He said RCC will bring a more detailed ¼ cent sales tax request later this summer.

He said there have been two fire districts that have asked to increase their fire tax rate. He said Bethany was asking to go from .12 to .15 and Monroeton has asked to go from .071 to .11. Mr. Metzler said that he and Mr. Southern met with the fire departments for their justifications. He said they have both had their community meetings prior to the Commissioners Retreat.

Mr. Metzler commended the staff for their work on this budget and stated that he felt confident that the County is well positioned to handle the uncertainties they have coming up in the future. He thanked the Commissioners for allowing him to present the FY 26-27 budget.

Chairman Barrow opened the Public Hearing. There was one person who signed up to speak:

- Paula Rakestraw – 595 Foxwood Rd, Madison – she spoke as a Bethany resident and expressed concern about not being informed of the tax increase. She requested some type of process so that the community understands what is going on and along with what the needs are for a tax increase. She said she appreciated the discussion during the Commissioners budget meeting concerning talking to Stokesdale Fire Department before approving this increase.

Chairman Barrow closed the Public Hearing.

Commissioner Richardson said he appreciated Ms. Rakestraw's comments. He said this was a pretty significant increase in fire tax, the expenditure for more man power and a reorganization of the Bethany Fire Department needed more public input. He said there had been the suggestion to modify their notification processes to encourage citizens to show up at the public meetings that were being conducted. He said he had never voted against an increase when requested by a fire department. He said he didn't intend to vote against this one, but there was some validity of the point of having proper representation before asking for increases.

Commissioner Berger said they had conversations in the past about modifying the notice process. He asked what action was available to the Commissioners Board to get that accomplished. Mr. Metzler said it could be added to all fire department agreements between the County and each department. He said they could do either postcards to residents in their district or they could use Code Red to get the message out to residents in their district. Commissioner Berger stated he would be comfortable to do the Code Red. Chairman Barrow stated that the fire chiefs stated they publicized per their by-laws. He said they may need to talk to the fire chiefs about having the conversation with their boards about adding the Code Red instruction added to their by-laws. Commissioner Kallam suggested the departments designate having a public information officer.

Commissioner Kallam motioned, Commissioner Richardson seconded, and the vote carried to approve the change in the Bethany Fire District Tax Rate from 12 cents to 15 cents per $100 valuation.
Chairman Barrow – Yay
Vice Chair Hall – Nay
Commissioner Richardson – Yay
Commissioner Berger – Nay
Commissioner Kallam – Yay

Vice Chair Hall motioned, Commissioner Berger seconded, and the vote was unanimous to approve the change in the Monroeton Fire District Tax Rate from 7.1 cents to 11 cents per $100 valuation.

Commissioner Richardson motioned, Commissioner Berger seconded, and the vote was unanimous to approve the adoption of the budget ordinance as presented today, reflecting a change in the County property tax rate from fifty-eight and one-hundredth cents ($0.5801) to fifty-six and ninety-hundredths cents ($0.5690) per $100 of assessed valuation and approval to adopt the County Pay Plan, Fee Schedule changes, and Capital Improvement Plan (CIP) as presented in the County Manager's recommended budget.

**North Carolina**
**Rockingham County**

**This is to certify that the foregoing is a true and accurate copy of the June 1, 2026 minutes of the Rockingham County Board of Commissioners.**

**Susan O. Washburn, NCCCC**
**Clerk to the Board**
**Rockingham County Board of Commissioners**