**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| SAMUEL SCOTT PAGE,<br><br>Plaintiff,<br><br>v.<br><br>ROCKINGHAM COUNTY and P. KEVIN BERGER, in his individual capacity,<br><br>Defendants. | Case No. 1:26-cv-00606-LAF-JGM<br><br>**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

Defendants Rockingham County and P. Kevin Berger ("Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court for an order dismissing, with prejudice, the Amended Complaint (Doc. 11) (the "Amended Complaint") filed against them by Plaintiff Samuel Scott Page ("Plaintiff") on the grounds that the Amended Complaint, even when viewed in the light most favorable to Plaintiff, fails to state a claim upon which relief may be granted for the reasons stated in the accompanying Brief in Support of Defendants' Motion to Dismiss Amended Complaint filed herewith.

WHEREFORE, Defendants pray the Court provide relief as follows:

1. Plaintiff's Amended Complaint against Defendants be dismissed, with prejudice; and

2. For such further relief as the Court deems appropriate.

This 6th day of November, 2026.

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

*/s/ Walker N. Helms*
Walker N. Helms (NC State Bar No. 59774)
*/s/ Tyler Lemons*
Tyler Lemons (NC State Bar No. 46199)

2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Telephone: (984) 844-7900
whelms@bakerdonelson.com
tlemons@bakerdonelson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing ***DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT*** with the Clerk of the Court using the CM/ECF system, which will effect service on all counsel of record via the Court's CM/ECF system.

This 6th day of November, 2026.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*/s/ Walker N. Helms*
Walker N. Helms (NC State Bar No. 59774)
*/s/ Tyler Lemons*
Tyler Lemons (NC State Bar No. 46199)
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Telephone: (984) 844-7900
whelms@bakerdonelson.com
tlemons@bakerdonelson.com
*Counsel for Defendants*