# Exhibit A

Outlook

**Fw: [External]RE: [External]Re: [External]Re: Setting the Salary for the Sheriff and ROD**

**From** Lance Metzler <lmetzler@rockinghamcountync.gov>
**Date** Wed 5/20/2026 5:25 PM
**To** Clyde B. Albright <calbright@rockinghamcountync.gov>

Please read string of emails and give us some direction.

Get [Outlook for iOS]

---

**From:** Juffras, Diane M <juffras@sog.unc.edu>
**Sent:** Wednesday, May 20, 2026 2:46:32 PM
**To:** Lance Metzler <lmetzler@rockinghamcountync.gov>; Millonzi, Kara Anne <Millonzi@sog.unc.edu>; sheriffpage@gmail.com <sheriffpage@gmail.com>
**Subject:** [External]RE: [External]Re: [External]Re: Setting the Salary for the Sheriff and ROD

Lance and Kara,

I have looped Sheriff Page into this e-mail string since he has called me about the very same matter and I think it will be easier for the county to resolve this matter if all parties know what is being said.

It seems to me that the county is interpreting the phrase "other compensation" in NCGS 153A-92(b)(1) to refer to health insurance and retirement contributions, while Sheriff Page (and possibly the register of deeds) understand it to refer more broadly to a compensation package that includes the ability to receive COLAs and merit pay like other employees. Unfortunately, the statute does not define its terms.

If I understand Kara correctly, she interprets "other compensation" as the county does, and, in her opinion, the board of commissioners has the authority to grant or not grant COLAs and merit increases (and perhaps even to take them away) so long as the sheriff's salary does not go below the amount approved at the time the sheriff filed for re-election in 2022. That is a reasonable interpretation.

On the other hand, if the sheriff and register of deeds were led to believe that "other compensation" included COLAs and merit pay – notwithstanding that the amounts were not set in advance and might be dependent on revenues for any given year – then perhaps the statute should be read to prohibit eliminating awarding COLAs and merit pay. This is also not an unreasonable interpretation if you consider that an employer's health insurance benefit is not the same from year-to-year even when continuing

eligibility is understood as part of the employment contract: premium contributions rise and benefits are reduced on a regular basis.

So I'm not really sure where to come down on this question. There may be sound reasons relating to the law of local government finance (about which I am ignorant) for favoring the county's interpretation.

As a Fair Labor Standards Act matter, if the county's interpretation is correct and the sheriff was and is not entitled to a COLA, but due to human or software error, the sheriff was paid the equivalent of a COLA, then the COLA salary increase would be an overpayment and the county would be entitled to recoup it from the sheriff and the register of deeds. The amount owed may be paid by the sheriff to the county or the county may deduct the amount due from his final paycheck.

Diane

Diane M. Juffras
Professor of Public Law and Government
School of Government
University of North Carolina at Chapel Hill
(919) 843-4926
juffras@sog.unc.edu

---

**From:** Lance Metzler <lmetzler@rockinghamcountync.gov>
**Sent:** Monday, May 18, 2026 12:40 PM
**To:** Millonzi, Kara Anne <Millonzi@sog.unc.edu>; Juffras, Diane M <juffras@sog.unc.edu>
**Subject:** Re: [External]Re: [External]Re: Setting the Salary for the Sheriff and ROD

Diane,

Good Afternoon! I am not sure if you have had a chance to see this or not but trying to figure out for the budget.

Thank you,

Lance

Get Outlook for iOS

---

**From:** Millonzi, Kara Anne <Millonzi@sog.unc.edu>
**Sent:** Thursday, May 14, 2026 2:28:39 PM
**To:** Lance Metzler <lmetzler@rockinghamcountync.gov>; Juffras, Diane M <juffras@sog.unc.edu>
**Subject:** [External]Re: [External]Re: Setting the Salary for the Sheriff and ROD

Hi – got it. This is a bit tricky. I'm looping Diane Juffras in to get her thoughts. If the salary was clearly stated in the budget ordinance but the Sheriff and RofD were overpaid because of a system glitch, generally I would argue that they should reimburse the county. But if there is any indication that the COLA was approved or if it is even a bit nebulous, then I have some concerns that the county might run afoul of GS 153A-92(b)(1), which prohibits reducing the compensation of an elected official during their current term of office unless they agree. I defer to Diane if she believes it should be handled a certain way.

Best,
Kara

---

**From:** Lance Metzler <lmetzler@rockinghamcountync.gov>
**Date:** Thursday, May 14, 2026 at 2:18 PM
**To:** Millonzi, Kara Anne <Millonzi@sog.unc.edu>
**Subject:** Re: [External]Re: Setting the Salary for the Sheriff and ROD

Kara,

Good Afternoon! One last question on this. They used to receive COLA and Merit before they were added to the Budget Ordinance. In 2024-25 it was added into the language, and we had a manual system, so they did not get it then. This year we have a new financial system and gave everyone a COLA including these two positions. Would you suggest? Would you have them reimburse the County or would you let it slide this year and add the language to the Budget Ordinance this year?

Thank you,

Lance


**Lance L. Metzler**
COUNTY MANAGER
PHONE: (336) 342-8101
EMAIL: LMETZLER@ROCKINGHAMCOUNTYNC.GOV
WEBSITE:WWW.ROCKINGHAMCOUNTYNC.GOV
371 HWY 65, REIDSVILLE, NC 27320
Rockingham County NC


---

**From:** Millonzi, Kara Anne <Millonzi@sog.unc.edu>
**Sent:** Tuesday, May 12, 2026 10:43 AM

**To:** Lance Metzler <lmetzler@rockinghamcountync.gov>
**Subject:** [External]Re: Setting the Salary for the Sheriff and ROD

Hi Lance – I apologize for missing your earlier email. Based on the language below, I don't believe the Sheriff or Register of Deeds should receive COLA or other changes to their compensation during the fiscal year unless there is another provision in the budget ordinance that specifies otherwise. The language you quote below indicates that the board has set their salary at $X amount. Only the board can make changes to that salary, so there would have to be another provision in the budget ordinance that states that the salaries may be increased during the fiscal year for approved COLA amounts. Absent that, the salaries should not be changed. Having said that, if the salaries have been increased in the past due to county-wide COLA and the board does not want to continue that practice, it may want to specifically state that in the budget ordinance, or otherwise make clear that these are intended to be the final salary amounts for these positions. That way there is no confusion based on past practice.
Best,
Kara

---

**From:** Lance Metzler <lmetzler@rockinghamcountync.gov>
**Date:** Tuesday, May 12, 2026 at 10:13 AM
**To:** Millonzi, Kara Anne <Millonzi@sog.unc.edu>
**Subject:** Fw: Setting the Salary for the Sheriff and ROD

Kara,

Good Morning! I wasn't sure if you received this or not. I know you were out and have a flood or emails to respond to but needed to get a quick answer on this for the budget.

Thank you,

Lance

**Lance L. Metzler**
COUNTY MANAGER
PHONE: (336) 342-8101
EMAIL: LMETZLER@ROCKINGHAMCOUNTYNC.GOV
WEBSITE:WWW.ROCKINGHAMCOUNTYNC.GOV
371 HWY 65, REIDSVILLE, NC 27320

Rockingham County NC

---

**From:** Lance Metzler
**Sent:** Friday, May 8, 2026 2:21 PM
**To:** Kara Anne Millonzi <Millonzi@sog.unc.edu>
**Subject:** Setting the Salary for the Sheriff and ROD

Kara,

Good Afternoon! I hope that you are doing well. We are working on the budget and budget ordinance so I have a few questions for you. The Board sets the salary for the Sheriff and the Register of Deeds in the budget ordinance. In the past several years we have Cost of Living (COLA) increases for ALL of our staff (effective July 1st) and both the Sheriff and the Register of Deeds received the COLA as well. Should they have not received the COLA since the Board set the salary in the budget ordinance that is approved as part of our budget process? What language can be added so that the salary is the salary and no additional increase is provided, which in this case is the COLA?

This is how it is worded in our current budget:
Section 10. The current Rockingham County Sheriff, as of the effective date of this ordinance, shall be compensated at a rate of $156,289.61 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Sheriff's shall be compensated according to the adopted Rockingham County Pay Plan.
Section 11. The current Rockingham County Register of Deeds, as of the effective day of this ordinance, shall be compensated at a rate of $110,317.12 annually. Healthcare and retirement benefits will be offered in the same manner as other County employees and as required by law. Future Registers of Deeds shall be compensated according to the adopted Rockingham County Pay Plan.

Thank you,

Lance

**Lance L. Metzler**
COUNTY MANAGER
PHONE: (336) 342-8101
EMAIL: LMETZLER@ROCKINGHAMCOUNTYNC.GOV
WEBSITE:WWW.ROCKINGHAMCOUNTYNC.GOV
371 HWY 65, REIDSVILLE, NC 27320
Rockingham County NC